IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) ) ) |

MDL NO. 21-MD-3017 (RGA)

|  |  |
|---|---|
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| LUPIN LIMITED, et al. | ) ) |
| Defendants. | ) ) ) |

C.A. No. 21-314 (RGA) (JLH) (Consolidated)

|  |  |
|---|---|
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| MYLAN PHARMACEUTICALS INC. and MYLAN INC. | ) ) ) ) |
| Defendants. | ) ) ) |

C.A. No. 21-1742 (RGA)

|  |  |
|---|---|
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., | ) ) ) ) |
| Defendants. | ) ) ) ) |

C.A. No. 23-410 (RGA)

|  |  |  |
|---|---|---|
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 25-349 (RGA) |
| LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) ) | |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 25-631 (RGA) |
| AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., | ) ) ) | |
| Defendants. | ) ) ) | |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 25-694 (RGA) |
| v. | ) ) | |
| APOTEX INC. and APOTEX CORP., | ) ) | |
| Defendants. | ) ) ) | |

BAYER PHARMA AG, BAYER AG, and
JANSSEN PHARMACEUTICALS, INC.,

Plaintiffs,

v.

MACLEODS PHARMACEUTICALS LTD. and
MACLEODS PHARMA USA, INC.,

Defendants.

C.A. No. 25-719 (RGA)

BAYER PHARMA AG, BAYER AG, and
JANSSEN PHARMACEUTICALS, INC.,

Plaintiffs,

v.

ALEMBIC PHARMACEUTICALS LIMITED,
ALEMBIC GLOBAL HOLDING SA, and
ALEMBIC PHARMACEUTICALS, INC.,

Defendants.

C.A. No. 25-753 (RGA)

BAYER PHARMA AG, BAYER AG, and
JANSSEN PHARMACEUTICALS, INC.,

Plaintiffs,

v.

HETERO LABS LIMITED, ASCENT
PHARMACEUTICALS INC., and CAMBER
PHARMACEUTICALS, INC.,

Defendants.

C.A. No. 25-754 (RGA)

3

|  | ) |  |
| --- | --- | --- |
| BAYER PHARMA AG, BAYER AG and | ) | |
| JANSSEN PHARMACEUTICALS, INC., | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | C.A. No. 25-1043 (RGA) |
| v. | ) | |
|  | ) | |
| DR. REDDY'S LABORATORIES, INC. and | ) | |
| DR. REDDY'S LABORATORIES, LTD., | ) | |
|  | ) | |
| Defendants. | ) | |
|  | ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission

*pro hac vice* of Stephanie P. Koh of SIDLEY AUSTIN LLP to represent Plaintiff Janssen

Pharmaceuticals, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

Rodger D. Smith (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiff Janssen
Pharmaceuticals, Inc.*

September 3, 2025

4

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Stephanie

P. Koh is granted.


Dated: _____        _____
                                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/24, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date:  September 3, 2025                              /s/ Stephanie P. Koh

Stephanie P. Koh
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois  60603
(312) 853-7000
skoh@sidley.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 3, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>*Attorneys for Defendants Dr. Reddy's*<br>*Laboratories, Inc. and Dr. Reddy's*<br>*Laboratories, Ltd.* | *VIA ELECTRONIC MAIL* |
| Andrew J. Miller, Esquire<br>Frank D. Rodriguez, Esquire<br>Louis H. Weinstein, Esquire<br>Kiersten A. Fowler, Esquire<br>WINDELS MARX LANE & MITTENDORF, LLP<br>One Giralda Farms<br>Madison, NJ 07940<br>*Attorneys for Defendants Dr. Reddy's*<br>*Laboratories, Inc. and Dr. Reddy's*<br>*Laboratories, Ltd.* | *VIA ELECTRONIC MAIL* |
| John C. Phillips, Jr., Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>*Attorneys for Defendants Lupin Limited and*<br>*Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

Lance A. Soderstrom, Esquire                        *VIA ELECTRONIC MAIL*
Deepro Mukerjee, Esquire
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY  10020-1605
*Attorneys for Defendants Lupin Limited and*
*Lupin Pharmaceuticals, Inc.*

Jillian M. Schurr, Esquire                          *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661
*Attorneys for Defendants Lupin Limited and*
*Lupin Pharmaceuticals, Inc.*

Jitty Malik, Ph.D.                                  *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC  28202-4213
*Attorneys for Defendants Lupin Limited and*
*Lupin Pharmaceuticals, Inc.*

Anne Shea Gaza, Esquire                             *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendants Taro Pharmaceutical*
*Industries Ltd. and Taro Pharmaceuticals*
*U.S.A., Inc.*

Stephen P. Benson, Esquire                          *VIA ELECTRONIC MAIL*
Kimberly A. Beis, Esquire
VORYS, SATER, SEYMOUR AND PEASE LLP
*Attorneys for Defendants Taro Pharmaceutical*
*Industries Ltd. and Taro Pharmaceuticals*
*U.S.A., Inc.*

John W. Shaw, Esquire                                    *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
Nathan R. Hoeschen, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendant Teva Pharmaceuticals*
*USA, Inc.*

J.C. Rozendaal, Esquire                                  *VIA ELECTRONIC MAIL*
Chandrika Vira, Esquire
Brady P. Gleason, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC  20005
*Attorneys for Defendant Teva Pharmaceuticals*
*USA, Inc.*

David E. Moore, Esquire                                  *VIA ELECTRONIC MAIL*
Bindu A. Palapura, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendants Mylan*
*Pharmaceuticals Inc. and Mylan Inc.*

Wendy L. Devine, Esquire                                 *VIA ELECTRONIC MAIL*
WILSON SONSINI GOODRICH & ROSATI P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA  94105
*Attorneys for Defendants Mylan*
*Pharmaceuticals Inc. and Mylan Inc.*

Elham Firouzi Steiner, Esquire                           *VIA ELECTRONIC MAIL*
WILSON SONSINI GOODRICH & ROSATI P.C.
12235 El Camino Real
San Diego, CA  92130
*Attorneys for Defendants Mylan*
*Pharmaceuticals Inc. and Mylan Inc.*

Ty W. Callahan, Esquire                          *VIA ELECTRONIC MAIL*
WILSON SONSINI GOODRICH & ROSATI P.C.
633 West 5th Street, Suite 1550
Los Angeles, CA 90071
*Attorneys for Defendants Mylan*
*Pharmaceuticals Inc. and Mylan Inc.*

John M. Seaman, Esquire                          *VIA ELECTRONIC MAIL*
April M. Ferraro, Esquire
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
*Attorneys for Defendants Cipla Ltd.,*
*Cipla USA Inc. and Invagen Pharmaceuticals, Inc.*

Neal Seth, Esquire                               *VIA ELECTRONIC MAIL*
Teresa M. Summers, Esquire
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
*Attorneys for Defendants Cipla Ltd.,*
*Cipla USA Inc. and Invagen Pharmaceuticals, Inc.*

Kenneth L. Dorsney, Esquire                      *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Attorneys for Defendants Apotex Inc.*
*and Apotex Corp.*

Brian Sodikoff, Esquire                          *VIA ELECTRONIC MAIL*
Rachel L. Schweers, Esquire
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
*Attorneys for Defendants Apotex Inc.*
*and Apotex Corp.*

R Touhey Myer, Esquire                           *VIA ELECTRONIC MAIL*
KRATZ & BARRY LLP
800 N. West Street
Wilmington, DE 19801
*Attorneys for Defendants Aurobindo Pharma*
*Limited and Aurobindo Pharma USA, Inc.*

4

Timothy H. Kratz, Esquire                                    *VIA ELECTRONIC MAIL*
George J. Barry III, Esquire
John Thallemer, Esquire
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
*Attorneys for Defendants Aurobindo Pharma*
*Limited and Aurobindo Pharma USA, Inc.*

Michael P. Hogan, Esquire                                    *VIA ELECTRONIC MAIL*
KRATZ & BARRY LLP
622 South 4th Street
P.O. Box 63765
Philadelphia, PA 19147
*Attorneys for Defendants Aurobindo Pharma*
*Limited and Aurobindo Pharma USA, Inc.*

Stamatios Stamoulis, Esquire                                 *VIA ELECTRONIC MAIL*
Richard C. Weinblatt, Esquire
STAMATIOS & WEINBLATT LLC
800 N. West Street Third Floor
Wilmington, Delaware 19801
*Attorneys for Defendants Macleods*
*Pharmaceuticals Ltd. and Macleods Pharma*
*USA, Inc.*

                                        */s/ Derek J. Fahnestock*
                                        _____
                                        Derek J. Fahnestock (#4705)